IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**DEC 2 8 2007**

Judge A. Benjamin Goldgar
United States Bankruptcy Court

In re:

JEROME W. LANDREE,

Debtor.

Chapter 13

07 B 13795

Judge A. Benjamin Goldgar

## CERTIFICATE OF SERVICE

I, Nancy Enriquez, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that I caused to be mailed the attached Final Pretrial Order dated December 27, 2007, to the parties listed below.

Robert V. Schaller
Law Office of Robert Schaller
907 N. Elm Street
Suite 100
Hinsdale, Illinois 60521

Jerome W. Landree
1022 Massena Avenue
Waukegan, Illinois 60085

Glenn B. Stearns
Gerald Mylander
4343 Commerce Court
Suite 120
Lisle, Illinois 60532

William T. Neary
Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, Illinois 60606

Dated: December 28, 2007

_____
Nancy Enriquez
Courtroom Deputy