UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13795
   JEROME W. LANDREE
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-3554

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/01/07 and confirmed on 12/21/07.

   2.   The case was dismissed after confirmation, 05/16/2008.

   3.   The Debtor paid a total of $   2000.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 19096.71 | .00 | 1875.78 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 305.02 | .00 | 29.02 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| THE LAKES @ FOUNTAIN SQU | UNSECURED | 662.40 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 366.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 612.81 | .00 | .00 |
| COMED | UNSECURED | 742.38 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GENESYS CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 187.34 | .00 | .00 |
| SBC AMERITECH CORP | UNSECURED | NOT FILED | .00 | .00 |
| THE LAKES @ FOUNTAIN SQU | UNSECURED | NOT FILED | .00 | .00 |

                   Summary of disbursements:
------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19401.73 | .00 | 2571.08 | .00 | 21972.81 |
| PRINCIPAL PAID | 1904.80 | .00 | .00 | .00 | 1904.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1904.80 | .00 | .00 | .00 | 1904.80 |

The Debtor's attorney, ROBERT V SCHALLER               , was allowed $   1000.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $      95.20 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 08/20/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE













                          PAGE  2
        CASE NO. 07 B 13795 JEROME W. LANDREE